**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-6531
_____

COREY JAWAN ROBINSON,

            Plaintiff - Appellant,

        v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; JON OZMINT; JAMES
BLACKWELL; SGT. W. YOUNG; TIFFANY STARKS; SARAH M. ROBERTS;
ANN HALLMAN; HCA GREGORY SARVER; LIEBER CORRECTIONAL
INSTITUTION; DAVID TATARSKY; ANNA MOAKS; CANDACE A. WIGFALL;
RAMNARINE JAGLAL; LT. DESSIRENCE LLOYD; SGT. Y. BLOWE; DHO
A. BROWN; WARDEN WAYNE MCCAVE; CPL. GREALIN FRAIZER; SGT. J.
SMITH; DOCTOR R. BABB,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Henry M. Herlong, Jr., Senior
District Judge.  (5:10-cv-02593-HMH)

_____

Submitted:  July 26, 2012            Decided:  August 2, 2012

_____

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Corey Jawan Robinson, Appellant Pro Se.    Elloree Ann Ganes,
Robert Holmes Hood, Jr., Thomas Happel Scurry, HOOD LAW FIRM,
Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Jawan Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. S.C. Dep't of Corr., No. 5:10-cv-02593-HMH (D.S.C. Mar. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED